**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**SABRINA PETERSON,**

    **Plaintiff,**

v.                                                 **CASE NO. 4:08-cv-534-MP/AK**

**SECRETARY OF DOC, et al,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff filed a complaint on November 26, 2008, alleging that the Defendants (Secretary of the DOC, a classification officer at Homestead Correctional Institution, and a private attorney), violated her civil rights when the classification officer gave information to the private attorney, who allegedly misrepresented that she was retained by the Plaintiff, and this information enabled the attorney to serve the Plaintiff with a civil lawsuit. (Doc. 1). Plaintiff was advised by Order dated February 6, 2009, that her complaint should be amended with additional facts or dismissed because she had failed to state a claim for relief. When no amended complaint was filed, an order to show cause was entered. As of this date, there has been no amended pleading filed and no response to the show cause order.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with two orders of this Court directing that she file an amended

pleading or otherwise respond to the Court about her case, (docs. 10 and 12). Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this  *7th*  day of April, 2009.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**
A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

*Case No: 4:08-cv-534-MP-AK*