IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SABRINA PETERSON,**

    **Plaintiff,**

v.                                        **CASE NO. 4:08-cv-534-MP/AK**

**SECRETARY OF DOC, et al,**

    **Defendants.**

_____/

## O R D E R

Plaintiff filed a paper with the Court, which was construed as a motion for clarification. (Doc. 11). Plaintiff asks if she will continue to proceed in forma pauperis even though her mother sent her $50.84. Plaintiff's status is determined by deposits made to her account six months prior to the filing of her complaint, which was November 26, 2008, so this deposit will not be considered. Plaintiff has not filed an amended complaint as previously directed nor responded to a show cause order nor had any other communication since this inquiry about her mother's deposit and it has been recommended by separate report and recommendation that her case be dismissed.

Accordingly, it is

**ORDERED:**

Plaintiff's Motion for Clarification (doc. 11) is hereby **DEEMED MOOT**.

**DONE AND ORDERED** this _7th_ day of April, 2009.

                                            s/ A. KORNBLUM
                                            **ALLAN KORNBLUM
                                            UNITED STATES MAGISTRATE JUDGE**