IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SABRINA PETERSON,

    Plaintiff,

v.                                          CASE NO. 4:08-cv-00534-MP-AK

ROSE K PREDDY,
SECRETARY DOC,
AUDREA THOMAS,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 13, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to prosecute. After the Report and Recommendation was re-mailed to Plaintiff's current address, and additional time for filing objections was given, the time for filing objections passed and none were filed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This case is dismissed without prejudice for failure to prosecute.

**DONE AND ORDERED** this  *3rd*  day of June, 2009

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge